In the Matter of the Claim of ROSA HANZEK, Respondent, against OAKFIELD GYPSUM PRODUCTS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted to the State Industrial Board, on the ground that there is failure of proof of dependency, and the depositions are not

50

properly authenticated. Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ., concur.

In the Matter of the Claim of GEORGE THORNTON, Respondent, against CHEMUNG FOUNDRY AND SUPPLY COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.